**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6533**
_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

BRANDON SHANE GRAVATT, a/k/a Brandy, a/k/a B,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Cameron McGowan Currie, District Judge.  (5:01-cr-00736-CMC-1)

_____

Submitted:  June 20, 2013          Decided:  June 26, 2013

_____

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Brandon Shane Gravatt, Appellant Pro Se.  Stacey Denise Haynes, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Shane Gravatt appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Gravatt, No. 5:01-cr-00736-CMC-1 (D.S.C. March 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED